IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED** SEP 1 7 2007
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

IN RE: APPOINTMENT OF Charles A. Haines
UNITED STATES PROBATION OFFICER

Miscellaneous No. 3:07MC 45

ORDER

ORDERED that Charles A. Haines is hereby appointed, with compensation, as a United States Probation Officer of this Court until further Order of the Court, in accordance with 18 U.S.C. § 3602(a). ORDERED that Martinsburg, West Virginia be designated as his official duty station.

This ORDER shall be effective as of September 17, 2007. The Clerk of the Court is directed to send a certified copy of this order to the said Charles A. Haines and to the Director of the Administrative Office of the United States Courts.

**ORDERED**, this 17th day of September 2007, by the United States District Court for the Northern District of West Virginia.

IRENE M. KEELEY
UNITED STATES DISTRICT CHIEF JUDGE